| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Sachs, Howard F. | 2. Court or Organization<br><br>Western District of Missouri | 3. Date of Report<br><br>12/13/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>400 East 9th Street, Suite 6452<br>Kansas City, Mo. 64106 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee, Irrevocable Trust B, Revocable Trust A | See Explanation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sachs, Howard F. | 12/13/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sachs, Howard F. | 12/13/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sachs, Howard F. | 12/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commerce Bank | A | Interest | L | T | | | | | |
| 2. UMB Bank | A | Interest | L | T | | | | | |
| 3. Commerce IRA (Financial Square) | A | Interest | J | T | | | | | |
| 4. Commerce Bond Fund-IRA | D | Interest | N | T | | | | | |
| 5. Wells Fargo Bank - TA | A | Interest | J | T | | | | | |
| 6. Franklin US Govt Fd CL C (FRUGX) - TA | C | Dividend | | | Sold | 07/25/16 | L | | |
| 7. Templeton Global Bond Fund CL C - TA | B | Dividend | | | Sold | 07/25/16 | L | | |
| 8. Empire District Electric Co. (EDE) - TA | B | Dividend | | | Sold | 07/18/16 | K | | |
| 9. Amer. Cap. Strat-(ACAS) - TA | A | Dividend | | | Sold | 07/27/16 | J | | |
| 10. Blackrock Health Sc. Trust (BME) - TA | C | Dividend | | | Sold | 07/27/16 | L | | |
| 11. Mut Ser FD Inc. Discovery Fund (TEDSX) | A | Dividend | | | Sold | 07/25/16 | K | | |
| 12. First Trust FGB - TA | B | Dividend | | | Sold | 09/23/16 | J | | |
| 13. Nuveen Mo Bonds | C | Interest | M | T | | | | | |
| 14. Commerce Mo Bonds - TA | C | Interest | L | T | | | | | |
| 15. Manulife Common Stock - TA | B | Dividend | L | T | | | | | |
| 16. Metlife Total Control Account | A | Interest | K | T | | | | | |
| 17. Commerce Mo tax free bond fund - TB | C | Interest | M | T | Buy | 08/30/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sachs, Howard F. | 12/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Blackrock Small Cap Growth Equity (High Yield) - IRA | A | Dividend | K | T | | | | | |
| 19. iShares Russell Midcap Value Ind. Fund-TB | A | Dividend | J | T | | | | | |
| 20. iShares Russell 1000 Growth Ind. Fund-TB | A | Dividend | L | T | | | | | |
| 21. iShares Russell 1000 Value Ind. Fund-TB | B | Dividend | K | T | | | | | |
| 22. iShares Russell 2000 Value Ind. Fund-TB | A | Dividend | | | Sold | 09/01/16 | J | | |
| 23. Morgan Stanley Inst. Fund Trust Mid-Cap Gro. Port. - TB | A | Dividend | | | Sold | 06/01/16 | J | | |
| 24. Vanguard Emerg. Mkt. Vipers-Btf-TB | A | Dividend | | | Sold | 06/03/16 | J | | |
| 25. Vanguard Dev. (ETF) TB | A | Dividend | J | T | | | | | |
| 26. TR Price New Horizons TB | A | Interest | J | T | | | | | |
| 27. (Legg Mason) Clearbridge Small Cap - TB | A | Interest | J | T | | | | | |
| 28. AQR Managed Futures Strategy Fund I - TA (see also Line 46) | A | Dividend | J | T | Buy | 07/25/16 | J | | |
| 29. Baird Aggregate Bond Fund Is -TA | A | Interest | K | T | Buy | 07/25/16 | K | | |
| 30. Commerce Bond Fund - TA | B | Interest | L | T | Buy | 07/25/16 | L | | |
| 31. Dodge & Cox Income Fund - TA | A | Interest | K | T | Buy | 07/25/16 | K | | |
| 32. Eagle Small Cap Growth Fund I - TA | A | Interest | J | T | Buy | 07/25/16 | J | | |
| 33. Fidelity Advisor Emerging Markets - TA | A | Interest | J | T | Buy | 07/25/16 | J | | |
| 34. Clearbridge Small Cap - TA | A | Interest | J | T | Buy | 07/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sachs, Howard F. | 12/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFS Research Intl Fund I - TA (see also Line 53) | A | Dividend | K | T | Buy | 07/25/16 | J | | |
| 36. Pimco Emerging Mkts Bond Fund Ins - TA | A | Interest | J | T | Buy | 07/25/16 | J | | |
| 37. Robeco Boston Partners Long/Short - TA (see also Line 62) | A | Dividend | J | T | Buy | 07/25/16 | J | | |
| 38. T Rowe Price Overseas Stock Fund I -TA | A | Interest | J | T | Buy | 07/25/16 | J | | |
| 39. TIAA-CREF Large Cap Value Index Fund - TA | A | Interest | K | T | Buy | 07/25/16 | K | | |
| 40. Vanguard REIT Index Fund Adm - TA | A | Interest | J | T | Buy | 07/25/16 | J | | |
| 41. Vanguard Morgan Growth Fund Ad - TA (see also Line 57) | A | Interest | K | T | Buy | 07/25/16 | K | | |
| 42. Vanguard Intermediate Term Investment Grade Fund Adm -TA | A | Interest | K | T | Buy | 07/25/16 | K | | |
| 43. Wells Fargo Premier Large Growth Fund- Class Inst-TA (see also Line 58) | A | Interest | J | T | Buy | 07/25/16 | J | | |
| 44. iShares Russell Midcap Value ETF - TA | A | Interest | J | T | Buy | 07/27/16 | J | | |
| 45. Invesco Developing Mkts Fund R6 - TA | A | Interest | J | T | Buy | 08/18/16 | J | | |
| 46. AQR Managed Futures Strategy Fund I - TA | A | Dividend | | | Buy | 08/18/16 | J | | |
| 47. Artisan Mid Cap Fund-Ins - TA | A | Interest | J | T | Buy | 08/18/16 | J | | |
| 48. Blackrock High Yield Bond Portfolio - TA | A | Interest | J | T | Buy | 08/18/16 | J | | |
| 49. DFA US Targeted Value Portfolio - TA | A | Interest | J | T | Buy | 08/18/16 | J | | |
| 50. DFA Intl Small Company - TA | A | Interest | J | T | Buy | 08/18/16 | J | | |
| 51. Hartford Midcap Fund Y - TA | A | Interest | J | T | Buy | 08/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sachs, Howard F. | 12/13/2017 |

## VII. INVESTMENTS and TRUSTS -- _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lazard Emerging Mkts Equity Port - TA | A | Interest | J | T | Buy | 08/18/16 | J | | |
| 53. MFS Research Intl Fund I - TA | A | Dividend | | | Buy | 08/18/16 | J | | |
| 54. Swan Defined Risk Fund I - TA (see also Line 61) | A | Dividend | | | Buy | 08/18/16 | J | | |
| 55. Principal Global Multi Strategy Fund Inst - TA | A | Interest | J | T | Buy | 08/18/16 | J | | |
| 56. Prudential Jennison Mid Cap Growth Fund Inc Q - TA | A | Interest | J | T | Buy | 08/18/16 | J | | |
| 57. Vanguard Morgan Growth Fund - TA | A | Interest | | | Buy | 08/18/16 | J | | |
| 58. Wells Fargo Premier Large Co Growth Fund-Class Inst - TA | A | Interest | | | Buy | 08/18/16 | J | | |
| 59. JP Morgan Alerian MLP Index Etn - TA | A | Interest | J | T | Buy | 09/23/16 | J | | |
| 60. Swan Defined Risk Fund I - TA | A | Dividend | | | Sold | 09/21/16 | J | | |
| 61. Robeco Boston Partners Long/Short Research Fund - TA | A | Interest | | | Sold | 09/21/16 | J | | |
| 62. First Trust Specialty Finance and Financial Opportunities Fund - TA | A | Dividend | | | Sold | 09/23/16 | J | | |
| 63. Financial Square Treasury Govt Fund - TA | A | Interest | K | T | | | | | |
| 64. Financial Square Treasury Govt Fund - TB | A | Interest | J | T | Sold (part) | 08/31/16 | M | | |
| 65. Artisan Mid Cap Fund Ins. - TB | A | Interest | J | T | | | | | |
| 66. DFA US Targeted Value Portfolio - TB | A | Interest | J | T | Buy | 08/30/16 | J | | |
| 67. Hartford Mid Cap Fund Y - TB | A | Interest | J | T | | | | | |
| 68. Prudential Jennison Mid Cap Growth Fund Inc Q - TB | A | Interest | J | T | Buy | 08/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sachs, Howard F. | 12/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DFA Intl Small Company - TB | A | Interest | J | T | Buy | 09/01/16 | J | | |
| 70. Invesco Developing Mkts Fund R6 - TB | A | Interest | J | T | Buy | 08/30/16 | J | | |
| 71. Lazard Emerging Mkts Equity Port - TB | A | Interest | J | T | Buy | 08/30/16 | J | | |
| 72. MFS Research Intl Fund 1 - TB | A | Interest | K | T | Buy | 09/01/16 | J | | |
| 73. Ivy Municipal High Income Fund I - TB | A | Interest | J | T | Buy | 08/30/16 | J | | |
| 74. T Rowe Tax Free - TB | A | Interest | J | T | Buy | 08/30/16 | J | | |
| 75. AQR Managed Futures Strategy Fund I -TB | A | Interest | J | T | Buy | 08/30/16 | J | | |
| 76. Robeco Boston Partners Long/Short Research Fund - TB | A | Interest | J | T | | | | | |
| 77. Vanguard REIT Index Fund Adm - TB | A | Interest | J | T | Buy | 08/30/16 | J | | |
| 78. Causeway Emerging Markets Fund Is - TB | A | Interest | | | Buy | 06/01/16 | J | | |
| 79. Causeway Emerging Markets Fund Is -TB | A | Interest | | | Sold | 08/30/16 | J | | |
| 80. Commerce Bank - IRA | | | | | Distributed | 12/01/16 | K | E | |
| 81. Vanguard Intermed, Term Corp. Fund #71 - TA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I

Death of [                    ], caused splitting of "jointly held" assets, termination of joint revocable trust, creation of irrevocable Trust B, with transfers in August 2009 to Commerce Bank as co-trustee with primary investment responsibilities. Bank became co-trustee of Trust A in 2016.

Part VII

Financial Square represents periodic deposits by co-trustee - similar to bank account for income from sales, interest and dividends.

All sales and purchases were by co-trustee bank, without participation and apparently not designed for specific trusts.

Columns left blank are not filled in to avoid duplication of assets or income.

Regarding Amended Report:

1.) "Amer. Cap. Strat-(ACAS)" previously listed in the (2015) report on line 10, is also correctly listed on line line 9 of the (2016) report as "Amer. Cap. Strat-(ACAS) - TA." It is noted that this asset was sold on July 27, 2016, and is noted on line 9 of the (2016) report. But, it was incorrectly repeated on line 60 of the (2016) report as "American Capital LTD-TA" and has been deleted on this Amended Report.

2.) "Vanguard Intermed, Term Corp. Fund #71" which was listed on line 5 of the (2015) report, was inadvertently left off of the (2016) report, and is now listed on line 81 of this Amended Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Howard F. Sachs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544